UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRIAN MAGNUSON** | ) |
| Plaintiff, | ) |
| | ) **Case No.** 4:21-cv-04142-SLD-JEH |
| v. | ) |
| | ) |
| **EXELON GENERATION COMP., LLC,** | ) |
| Defendant. | ) |

**REPORT OF RULE 26(f) PLANNING MEETING**

Plaintiff being represented by Thad Guyer, Stephani Ayers, Michael Kanovitz and Frank Newell, and Defendant being represented by Brian Hayes and Kenneth Jenero, counsel met on October 11, 2021 for the purpose of formulating a proposed discovery calendar for consideration by the Court.

1. Parties have already exchanged initial disclosures pursuant to FED. R. CIV. P. 26(a)(1).

2. The deadline for amendment of pleadings is January 15, 2022.

3. The deadline for joining additional parties is January 15, 2022.

4. The deadlines for expert disclosures and discovery are:

   Disclosure: April 1, 2022

   Counter-experts, if any: May 13, 2022

   Rebuttal, if any: June 10, 2022

   Expert Discovery deadline: August 15, 2022

5. Fact discovery is to be completed by July 15, 2022.

6. The deadline for filing case dispositive motions shall be:

   Plaintiff proposes July 15, 2022.

      Defendant proposes Sept. 23, 2022.

10. The trial date:

      Plaintiff: requests a trial set for October 24, 2022, or the earliest date thereafter available for the Court.

      Defendant: In order to accommodate witness availability issues due to a refueling outage at the Quad Cities station in the winter/spring of 2023, the defendant requests a trial set for May 2, 2023, or the earliest date thereafter available.

      Plaintiff: Jury trial is requested. Length of trial estimated at 5 trial days.

      Defendant: No jury trial is requested. Length of trial estimated at 8 trial days.

Brian Magnuson, Plaintiff

BY:   s/Stephani L. Ayers

    Thad M. Guyer (lead)
    Stephani L. Ayers
    T.M. Guyer and Ayers & Friends, PC
    P.O. Box 1061
    Medford, OR 97501
    Ph: 813 382 7865 (Stephani)
    Fax: 888 866 4720
    thad@whistleblowerdefenders.com
    stephani@whistleblowerdefenders.com

    Frank Newell
    Michael Kanovitz
    Lovey & Loevy
    11 N. Aberdeen St., 3rd Floor
    Chicago, IL 60607
    (p) 312-243-5900 (f) 312-243-5902
    frank@loevy.com
    mike@loevy.com

Exelon Generation Company, LLC, Defendant

BY: ___[consent given via email]_____

    Brian Hayes
    Kenneth Jenero
    Holland & Knight LLP
    150 N. Riverside Plaza, Suite 2700
    Chicago, Illinois 60606
    Phone 312.578.6538
    Fax 312.578.6666
    brian.hayes@hklaw.com
    kenneth.jenero@hklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on Oct. 14, 2021, I electronically filed the foregoing Rule 26(f) Meeting Report, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian Hayes     angela.reese@hklaw.com

Kenneth A. Jenero     kenneth.jenero@hklaw.com, francine.rivera@hklaw.com

Michael Kanovitz     mike@loevy.com, maryam@loevy.com, melinda@loevy.com

Robin B Potter     robin@potterlaw.org

Stephani Ayers     stephani@whistleblowerdefenders.com

and I hereby certify that I have e-mailed the document to the following non CM/ECF participants:

Frank T. Newell
Loevy & Loevy
311 N. Aberdeen Street
3rd Floor
Chicago, IL 60607

s/ Stephani L. Ayers_____