# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| BRIAN MAGNUSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-04142 |
| ) | |
| EXELON CORPORATION, a Publicly Traded ) | Hon. Sara Darrow |
| Company, and EXELON GENERATION ) | Magistrate Judge Jonathan E. Hawley |
| COMPANY, LLC, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE FIRST SUPPLEMENTAL COMPLAINT

Defendants Exelon Corporation and Exelon Generation Company, LLC (collectively, the "Exelon Defendants"), by and through their attorneys, Holland & Knight LLP, and pursuant to Federal Rule of Civil Procedure 6(b), hereby request an additional three-week extension of time, until March 22, 2022, to answer or otherwise plead to Plaintiff Brian Magnuson's First Supplemental Complaint. In support of their motion, Exelon Defendants state as follows:

1. Exelon Defendants' responsive pleading is currently due on March 1, 2022. (*See* Dkt. 80.)

2. This is Exelon Defendants' second request for an extension of time.

3. The lead Holland & Knight attorney representing Exelon Defendants is leaving the firm, and will be replaced by new firm counsel. In addition, Exelon Generation Company, LLC's parent company, Constellation Group, was recently spun off from Exelon Corporation, creating two separate publicly traded companies. As a result, additional time is required to fully analyze and respond to the First Supplemental Complaint; and Exelon Defendants request an additional 21 days, until March 22, 2022, to answer or otherwise plead to the First Supplemental Complaint.

4.  Counsel for Plaintiff has no objection to Exelon Defendants' Motion for Extension.

5.  The requested extension will not result in any delay or prejudice.

WHEREFORE, Exelon Corporation and Exelon Generation Company, LLC respectfully request that the due date for them to answer or otherwise plead to Plaintiff's First Supplemental Complaint be extended from March 1, 2022 until March 22, 2022.

        Respectfully submitted,

        **EXELON CORPORATION** and
**EXELON GENERATION COMPANY, LLC**

        By:    /s/ Brian Hayes
                 One of Its Attorneys

Brian Hayes (ARDC # 6332059)
Kenneth A. Jenero (ARDC # 3127217)
Richard R. Winter (ARDC # 6195210)
Holland & Knight LLP
150 North Riverside Plaza, Suite 2700
Chicago, Illinois 60606
312-263-3600
brian.hayes@hklaw.com
kenneth.jenero@hklaw.com
richard.winter@hklaw.com

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on February 24, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Brian N. Hayes