IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| BRIAN MAGNUSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-04142 |
| ) | |
| EXELON CORPORATION, a Publicly Traded ) | Hon. Sara Darrow |
| Company, and EXELON GENERATION ) | Magistrate Judge Jonathan E. Hawley |
| COMPANY, LLC, ) | |
| ) | |
| Defendants. ) | |

**EXGEN'S MOTION FOR LEAVE TO FILE, *INSTANTER*, REPLY BRIEF IN SUPPORT OF ITS RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S "SECOND FEDERAL CLAIM: DISCRIMINATION IN VIOLATION OF THE SARBANES OXLEY ACT"**

Defendant Constellation Energy Generation, LLC (formerly known as Exelon Generation Company, LLC), moves this Court for leave to file, *instanter*, a Reply Brief in Support of Its Rule 12(b)(6) Motion to Dismiss Plaintiff's "Second Federal Claim: Discrimination In Violation Of The Sarbanes Oxley Act" and in support of this Motion states the following:

1.  On April 5, 2022, ExGen filed its Motion To Dismiss Plaintiff's SOX retaliation claim.

2.  Plaintiff filed his Opposition Brief on April 12, 2022.

3.  There are two points made in the Opposition Brief which, in ExGen's view, warrant a very brief reply. A copy of the proposed Reply Brief is attached as Exhibit A.

WHEREFORE, Constellation Energy Generation, LLC (formerly known as Exelon Generation Company, LLC), respectfully requests that the Court grant it leave, *instanter*, to file the Reply Brief attached as Exhibit A.

Respectfully submitted,

**CONSTELLATION ENERGY GENERATION, LLC (formerly known as EXELON GENERATION COMPANY, LLC)**

By: /s/   Richard R. Winter
       One of Its Attorneys

Kenneth A. Jenero (ARDC # 3127217)
Richard R. Winter (ARDC # 6195210)
HOLLAND & KNIGHT, LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL  60606
312-263-3600
kenneth.jenero@hklaw.com
richard.winter@hklaw.com

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on April 18, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/    Richard R. Winter