# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRIAN MAGNUSON,**<br><br>    Plaintiff,<br><br>vs.<br><br>**EXELON CORPORATION**, a Publicly Traded Company, and **EXELON GENERATION COMPANY, LLC**<br><br>    Defendants | Case No.: 4:21-cv-04142-SLD-JEH<br><br>**ORDER RE: UNOPPOSED MOTION TO EXTEND** |

Having received and reviewed the unopposed motion to extend and for good cause shown, the Court modifies the scheduling order to the following:

| Event | Current deadline | Proposed amendment |
|---|---|---|
| Deadline for expert disclosure | April 1, 2022 | July 1, 2022 |
| Counter-experts, if any | May 13, 2022 | August 15, 2022 |
| Rebuttal, if any | June 10, 2022 | Sept. 12, 2022 |
| Expert discovery deadline | August 15, 2022 | Oct. 12, 2022 |
| Case dispositive motions | July 15, 2022 | August 15, 2022 |
| Daubert motions | | October 22, 2022 |

So Ordered this __26th__ day of __April__, 2022.

s/ Jonathan E. Hawley
_____

The Honorable Magistrate Judge Jonathan E. Hawley

*UNOPPOSED MOTION TO EXTEND - 1*

Submitted this 25th day of April 2022,

　s/Stephani L. Ayers
Stephani L. Ayers
Attorney for Brian Magnuson

Stephani L. Ayers, Esq.
Thad M. Guyer, Esq.
T.M. Guyer and Ayers & Friends, P.C.
116 Mistletoe St., P.O. Box 1061
Medford, OR 97501
Tel: (202) 417-3910
Fax: 1 (888) 866-4720
Email: thad@Guyeryers.com
stephani@GuyerAyers.com

Michael I Kanovitz
Frank Newell
Loevy & Loevy
311 N. Aberdeen Street
3rd Floor
Chicago, IL 60607
Tel: (312) 243-5900
Email: mike@loevy.com


Attorneys for Plaintiff

**UNOPPOSED MOTION TO EXTEND - 2**