# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| BRIAN MAGNUSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-04142 |
| | ) |
| EXELON CORPORATION, a Publicly Traded | ) Hon. Sara Darrow |
| Company, and EXELON GENERATION | ) Magistrate Judge Jonathan E. Hawley |
| COMPANY, LLC | ) |
| | ) |
| Defendants. | ) |

## UNOPPOSED MOTION SEEKING TO "CARVE OUT"
## LIMITED DISCOVERY FROM FACT DISCOVERY CUT-OFF DATE

Constellation Energy Generation, LLC (f/k/a Exelon Generation Company, LLC and hereafter referred to as "ExGen"), submits this Unopposed Motion Seeking To "Carve Out" Limited Discovery From Fact Discovery Cut-Off Date and in support states the following.

1. The fact discovery cut-off date for this case is August 15, 2022. See, June 27, 2022 Order.

2. The parties have completed extensive discovery thus far, including the exchange of thousands of documents, the completion of eight depositions, and the exchange of initial expert reports.

3. There are, however, as many as five depositions that the parties have been unable to schedule before August 15, including the depositions of: Sue Techau, Lisa Curry, Wally Beck, Tamara Domeyer and certain ExGen and/or Exelon 30(b)(6) witnesses. Additionally, while the Plaintiff has sat for three days of deposition, the parties still need time to complete his deposition cross examination and any redirect testimony.

4. The parties have conferred with respect to these depositions and have agreed, subject to court approval, to permit these fact depositions to occur without altering any of the other dates established by the court's June 27, 2022 Order.

5. In addition, the parties are likely to file, pursuant to Magistrate Judge Hawley's Standing Order, file a Motion for Hearing Concerning Discovery Dispute in late August or early September to resolve disputes which have arisen with respect to Ms. Domeyer's deposition (she is in house counsel for ExGen) and whether certain of her communications are privileged, and the scope of the 30(b)(6) depositions noticed by Plaintiff.

Therefore, ExGen requests that the court permit the parties to complete the depositions identified above after August 15, 2022; and with respect to Ms. Domeyer and the 30(b)(6) witnesses, after resolution of the parties' dispute with respect to those depositions.

Dated: August __, 2022

Respectfully submitted,

**CONSTELLATION ENERGY GENERATION, LLC** (f/k/a EXELON GENERATION COMPANY, LLC)

By: *Richard R. Winter*
      One of Its Attorneys

Richard R. Winter
Kenneth A. Jenero
Melissa Gold
Holland & Knight LLP
150 North Riverside Plaza, Suite 2700
Chicago, Illinois 60606
312-263-3600
richard.winter@hklaw.com
kenneth.jenero@hklaw.com
melissa.gold@hklaw.com

#177066703_v1

**CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that a true and correct copy of the foregoing **Unopposed Motion Seeking to "Carve Out" Limited Discovery from Fact Discovery Cut-Off Date** was served on all counsel of record via the court's CM/ECF efiling system:

                                         By:/s/  Richard R. Winter
                                                    One of Its Attorneys