**IN THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

BRIAN MAGNUSON,

      Plaintiff,

      v.

EXELON CORPORATION, a Publicly Traded
Company, and EXELON GENERATION
COMPANY, LLC,

      Defendants.

Case No. 4:21-cv-04142

Hon. Sara Darrow
Magistrate Judge Jonathan E. Hawley

**AGREED MOTION FOR AN EXTENSION OF DISPOSITIVE MOTION DEADLINE AND
REQUEST FOR RULE 16 SCHEDULING CONFERENCE**

Defendants Exelon Corporation ("Exelon") and Constellation Energy Generation, LLC (f/k/a Exelon Generation Company, LLC and hereinafter referred to as "ExGen") submit this Agreed Motion for an Extension of Dispositive Motion Deadline and Request for Rule 16 Scheduling Conference (the "Motion"). In support of this Motion, Defendants state:

1.      On April 26, 2022, the Court set the following schedule in this case (ECF No. 99):

      Discovery due by 10/12/ 2022

      Dispositive Motions due by 8/15/2022

      Daubert Motions due by 10/22/2022

      Proposed Pretrial Order due by 11/8/2022

      Final Pretrial Conference set for 11/15/2022 at 10:00 AM

      Jury Trial set for 1/9/2023 at 9:00 AM

2.      On June 22, 2022, ExGen filed an unopposed Motion for an extension of time to complete discovery. ECF No. 101. In that motion, ExGen sought to extend the current discovery deadlines as follows:

      Expert Witness Disclosures due by 8/1/2022

Fact Discovery Cut-Off due by 8/15/2022

Counter-Expert disclosures, if any, due by 9/15/2022

Rebuttal Expert disclosures, if any, due by 10/12/2022

Dispositive motions due by 9/15/2022

Daubert Motions due by 11/22/2022

3.      The Court granted ExGen's motion on June 27, 2022 via text order and adopted the additional following deadlines:

Proposed Pretrial Order due by 12/7/2022

Final Pretrial Conference set for 12/14/2022 at 10:00 AM

Jury Trial set for 1/30/203 at 9:00 AM

4.      On August 12, 2022, ExGen filed a further unopposed motion seeking to carve out limited discovery from the fact discovery cut-off date. ECF No. 102. ExGen and Plaintiff agreed that additional time was necessary to complete certain, limited discovery, including the deposition of certain ExGen and/or Exelon 30(b)(6) witnesses as well as the completion of Plaintiff's deposition. ExGen also identified that the parties were likely to file a Motion for Hearing Concerning Discovery Dispute to resolve disputes which have arisen with respect to the deposition of Tamara Domeyer, one of ExGen's in-house attorneys.

5.      The Court granted ExGen's motion on August 15, 2022 via text order. The parties were granted leave to complete the depositions identified in ExGen's motion after August 15, 2022.

6.      The Parties have completed extensive discovery thus far, including the exchange of thousands of documents, the substantial completion of nine deposition and the exchange of initial expert reports. The Parties have also completed one of the depositions that were part of the discovery carve-out. However, the Parties have yet to complete several carved-out depositions, principally the 30(b)(6) depositions.

7.      Defendants anticipate that some of the remaining carved-out discovery may bear on the issues that will be presented in their dispositive motions.  To allow the Parties to use the evidence generated

through the carved-out discovery in their dispositive motions, Defendants and Plaintiff agree that an extension of the dispositive motion deadline is warranted.

8.      Given the complexity of the issues presented in this matter and the amount of discovery produced to date, ExGen anticipates that any dispositive motions in this matter will be extensive. *See, e.g.*, Joint Initial Status Report, ECF 9 (summarizing legal issues presented). Accordingly, Defendants anticipate that the trial date set in this matter will likely be affected by an extension of the dispositive motion deadline.

9.      In the interest of efficiency, Defendants request a Rule 16 scheduling conference with the Court to set a revised case schedule, taking into account the current status of the carved-out discovery and the anticipated scope of any dispositive motions.

10.     Counsel for ExGen conferred with Plaintiff's counsel on September 12, 2022. Plaintiff's counsel agreed with Defendants' request for an extension and for a Rule 16 scheduling conference.

WHEREFORE, Defendants Exelon Corporation and Constellation Energy Generation, LLC (f/k/a Exelon Generation Company, LLC) respectfully request that the Court extend the deadline for dispositive motions and hold a Rule 16 scheduling conference to set further deadlines in this matter.

Dated:  September 13, 2022                    Respectfully submitted,


By:   */s/Brian O. Watson*_____     By:   */s/Richard R. Winter*_____

Brian O. Watson                              Kenneth A. Jenero (ARDC #
Lucas T. Rael                                3127217)
Riley Safer Holmes & Cancila LLP             Richard R. Winter (ARDC # 6195210)
70 W. Madison St, Suite 2900                 Holland & Knight LLP
Chicago, Illinois 60602                      150 North Riverside Plaza, Suite 2700
(312) 471-8700                               Chicago, Illinois 60606
bwatson@rshc-law.com                         (312) 263-3600
lrael@rshc-law.com                           Kenneth.jenero@hklaw.com
                                             Richard.winter@hklaw.com
*Counsel for Exelon Corporation*
                                             *Counsel for Constellation Energy*
                                             *Generation, LLC and*
                                             *Exelon Generation Company, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney certifies that on September 13, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Lucas T. Rael*_____