IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| BRIAN MAGNUSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXELON CORPORATION, a Publicly Traded Company, and EXELON GENERATION COMPANY, LLC,<br><br>　　　　Defendants. | Case No. 4:21-cv-04142<br><br>Hon. Sara Darrow<br>Magistrate Judge Jonathan E. Hawley |

**DEFENDANT EXELON CORPORATION'S
JOINDER IN BRIEF REGARDING "CARVED-OUT" DISCOVERY ISSUES**

Exelon Corporation joins Constellation Energy Generation, LLC's (f/k/a Exelon Generation Company, LLC and referred to as "ExGen") Brief Regarding "Carved-Out" Discovery Issues (ECF No. 105) as to Matter 6B, which is the only matter directed to Exelon Corporation.  Plaintiff also has stated no claim against Exelon Corporation.  ECF Nos. 92, 97; *see also Ashcroft v. Iqbal*, 556 U.S. 662, 685 (2009) ("It is no answer to say that a claim just shy of a plausible entitlement to relief can, if groundless, be weeded out early in the discovery process through careful case management[.]" (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 546 (2007)); *Mid-Century Ins. Co. v. Pizza By Marchelloni*, No. 117CV01214JBMJEH, 2018 WL 6267828, at *2 (C.D. Ill. Mar. 21, 2018) ("no future discovery may be necessary or, at the very least, any future discovery that may be necessary in this case can be done more efficiently" pending motion).

Dated: October 25, 2022         Respectfully submitted,

By:    */s/ Brian O. Watson*

Brian O. Watson
Lucas T. Rael
Riley Safer Holmes & Cancila LLP
70 W. Madison St, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
bwatson@rshc-law.com
lrael@rshc-law.com

*Counsel for Exelon Corporation*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on October 25, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Brian O. Watson

4866-8342-8923, v. 1