# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

**BRIAN MAGNUSON**,

   Plaintiff,

vs.

**EXELON CORPORATION**, a Publicly Traded Company, and **EXELON GENERATION COMPANY, LLC**

   Defendants

Case No.: 4:21-cv-04142-SLD-JEH

**MOTION TO WITHDRAW**

    Robin Potter respectfully withdraws from this matter. She did not enter an appearance in this action and listing her as an attorney and / or lead attorney for Plaintiff Magnuson, is in error.

Dated: May 8, 2024

Respectfully Submitted,

By:   /s/ Robin Potter
      Robin Potter

Robin Potter
Fish Potter Bolaños, P.C.
111 E Wacker Dr., Suite 2300
Chicago, IL 60601
(312) 861-1800
rpotter@fishlawfirm.com

*MOTION TO WITHDRAW - 1*

## CERTIFCATE OF SERVICE

I hereby certify that on May 8, 2024, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system. All counsel of record are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By:  /s/ Robin Potter
       Robin Potter

*MOTION TO WITHDRAW - 2*