UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRIAN MAGNUSON**,<br><br>   Plaintiff,<br><br>vs.<br><br>**EXELON CORPORATION**, a Publicly Traded Company, and **EXELON GENERATION COMPANY, LLC**<br><br>   Defendants | Case No.: 4:21-cv-04142-SLD-JEH |

## MOTION TO WITHDRAW FROM REPRESENTATION OF PLAINTIFF

Plaintiff Brian Magnuson has given a written notice of discharge for cause of John A. Kolar, Esq. and the Government Accountability Project, Inc. ("GAP") as his counsel of record in this proceeding.  Under Rule 1.16(a)(3) of the Illinois Rules of Professional Conduct, "a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if *** the lawyer is discharged."  Counsel is therefore compelled to withdraw.  Additionally, Michael Kanovitz and Frank Newell of Loevy & Loevy also hereby withdraw as counsel for Plaintiff.  Loevy & Loevy's involvement in this case was to serve as local counsel in support of Plaintiff's lead counsel from GAP.  Loevy & Loevy's role in this case has thus now concluded given GAP's withdrawal. Mr. Magnuson has stated that he does not object to Loevy's withdrawal.

The current contact information for Mr. Magnuson is:

Mr. Brian Magnuson
121 North Cross Street
No. 318
Wheaton, IL 60187
Tel: (309) 948-4274
Email: magnuson28@msn.com

Respectfully submitted,

/s/ John A. Kolar

_____

John A. Kolar
Government Accountability Project
1612 K Street, N.W., Suite 808
Washington, D.C. 20006
Tel: (202) 926-3311
Email: Jackk@whistleblower.org


/s/ Michael I. Kanovitz
Michael I. Kanovitz
Frank Newell
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
Tel: (312) 243-5900
Email: mike@loevy.com
frank@loevy.com

Attorneys for Brian Magnuson

**CERTIFICATE OF SERVICE**

    The undersigned attorney certifies that on June 17, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and also upon the following by email:

Mr. Brian Magnuson
121 North Cross Street
No. 318
Wheaton, IL 60187
Email: magnuson28@msn.com

                                        /s/ John A. Kolar

                                        _____

                                        John A. Kolar