UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRIAN MAGNUSON**,<br><br>     Plaintiff,<br>  vs.<br><br><br>**EXELON CORPORATION**, a Publicly Traded Company, and **EXELON GENERATION COMPANY, LLC**<br><br>Defendants | Case No.: 4:21-cv-04142-SLD-JEH |

### MOTION TO WITHDRAW FROM REPRESENTATION OF PLAINTIFF
### (CORRECTED 06/17/2024 4:15 pm)

   Plaintiff Brian Magnuson has given a written notice of discharge for cause of John A. Kolar, Esq. and the Government Accountability Project, Inc. ("GAP") as his counsel of record in this proceeding.  Under Rule 1.16(a)(3) of the Illinois Rules of Professional Conduct, "a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if *** the lawyer is discharged."  Counsel is therefore compelled to withdraw.  Additionally, Michael Kanovitz and Frank Newell of Loevy & Loevy also hereby withdraw as counsel for Plaintiff.  Loevy & Loevy's involvement in this case was to serve as local counsel in support of Plaintiff's lead counsel from GAP.  Loevy & Loevy's role in this case has thus now concluded given GAP's withdrawal. Mr. Magnuson has stated that he does not object to Loevy's withdrawal.

   The current contact information for Mr. Magnuson is:

Mr. Brian Magnuson
121 North Cross Street
No. 318
Wheaton, IL 60187

*Motion to Withdraw as Counsel*                1

Tel: (309) 948-4274

Email: magnuson28@msn.com

**CORRECTION:**

Or:

5249 North Park Place NE
#1038
Cedar Rapids, IA 52402

        Respectfully submitted,

        /s/ John A. Kolar

        _____

        John A. Kolar
        Government Accountability Project
        1612 K Street, N.W., Suite 808
        Washington, D.C. 20006
        Tel: (202) 926-3311
        Email: Jackk@whistleblower.org


        /s/ Michael I. Kanovitz
        Michael I. Kanovitz
        Frank Newell
        Loevy & Loevy
        311 N. Aberdeen Street, 3rd Floor
        Chicago, IL 60607
        Tel: (312) 243-5900 Email:
        mike@loevy.com
        frank@loevy.com


        Attorneys for Brian Magnuson

*Motion to Withdraw as Counsel*          2

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on June 17, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and also upon the following by email:

Mr. Brian Magnuson
121 North Cross Street
No. 318
Wheaton, IL 60187
Email: magnuson28@msn.com

Mr. Brian Magnuson
5249 North Park Place NE
#1038
Cedar Rapids, IA 52402
Email: magnuson28@msn.com

/s/ John A. Kolar

_____

John A. Kolar

*Motion to Withdraw as Counsel*  3